# Court of Appeals
# of the State of Georgia

ATLANTA,  August 08, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0070. DECTAVIOUS MOORE v. THE STATE.**

On May 2, 2024, the trial court entered an order denying Dectavious Moore's motion to withdraw his guilty plea to the offense of rape. On June 7, 2024, Moore filed a notice of appeal to this Court. A notice of appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Moore's notice of appeal, filed 36 days after entry of the order he seeks to appeal, was not timely. We therefore lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/08/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*